**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: March 04, 2016 | DC Docket #: 09-cv-8757 |
| Docket #: 16-628cv | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Aurelius Capital Master, Ltd. v. Republic of Argentina | DC Judge: Griesa |

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8583.