# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of March, two thousand and sixteen.

Before:  Richard C. Wesley,
         *Circuit Judge*

| | |
|---|---|
| Aurelius Capital Master, Ltd., ACP Master, Ltd., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> Republic of Argentina, <br><br> Defendant - Appellee, <br><br> Bank of America, N.A., <br><br> Respondent, <br><br> Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc., BBVA Securities Inc. <br><br> Third-Party-Defendants. | **ORDER** <br> Docket No. 16-628 |
| Aurelius Capital Master, Ltd., ACP Master, Ltd., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> Republic of Argentina, <br><br> Defendant - Appellee, <br><br> Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc., BBVA Securities Inc., <br><br> Third-Party-Defendants | Docket No. 16-639 |

1

| | |
|---|---|
| Blue Angel Capital I LLC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee,<br><br>Bank of America, N.A.,<br><br>Respondent,<br><br>Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc.,<br><br>Third-Party-Defendants. | Docket No. 16-640 |
| Banca Arner S.A., Brantford Holding S.A.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-641 |
| Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee | Docket No. 16-642 |
| FFI Fund, Ltd., FYI Ltd.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-643 |

2

| | |
|---|---|
| NML Capital, Ltd.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee,<br><br>Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc., BBVA Securities Inc.,<br><br>Third-Party-Defendants, | Docket No. 16-644 |
| NML Capital, Ltd.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-649 |
| Olifant Fund, Limited,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee,<br><br>Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc., BBVA Securities Inc.,<br><br>Third-Party-Defendants., | Docket No. 16-650 |
| Blue Angel Capital I LLC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-651 |

| | |
|---|---|
| Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendent- Appellee,<br><br>Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc., BBVA Securities Inc.<br><br>Defendants. | Docket No. 16-653 |
| Blue Angel Capital I LLC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-657 |
| Ricardo Pons, Ofelia Nelida Garcia, NW Global Strategy,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-658 |

| | |
|---|---|
| Aurelius Opportunities Fund II, LLC, Aurelius Capital Master, Ltd., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> The Republic of Argentina, <br><br> Defendant - Appellant, <br><br> Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc., BBVA Securities Inc., <br><br> Third Party - Defendants - Appellees. | Docket No. 16-659 |
| Virgilio Luis Foglia, Maria Cristina Argent Barna, Ricardo Aurelio Triay, Adela Noemi Juri, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> Republic of Argentina, <br><br> Defendant - Appellee. | Docket No. 16-660 |

| | |
|---|---|
| Plaintiff Class Intervenors,<br><br>Plaintiff,<br><br>NML Capital, Ltd.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee,<br><br>Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc., BBVA Securities Inc.,<br><br>Third-Party-Defendants,<br><br>Administracion Nacional de Seguridad Social, Union de Administradoras de Fondos De Jubilacions Y Pensiones, Consolidar AFJP S.A., Arauca Bit AFJP S.A., Futura AFJP S.A., Maxima AFJP S.A., Met AFJP S.A., Origenes AFJP S.A., Profesion+Auge AFJP S.A., Unidos S.A. AFJP,<br><br>Defendants. | Docket No. 16-661 |
| Tortus Capital Master Fund, LP,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee., | Docket No. 16-662 |

| | |
|---|---|
| Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee,<br><br>BBVA Compass Bancshares, Inc., BBVA Compass Bancshares, Inc., BBVA Securities Inc.,<br><br>Defendants. | Docket No. 16-664 |
| Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-665 |
| Hector Perez, *et al.*,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-666 |

7

| | |
|---|---|
| Pablo Alberto Varela, Lila Ines Burgueno, Mirta Susana Dieguez, Maria Evangelina Carballo, Leandro Daniel Pomilio, Susana Aquerreta, Maria Elena Corral, Teresa Munoz De Corral, Norma Elsa Lavorato, Carmen Irma Lavorato, Cesar Ruben Vazquez, Norma Haydee Gines, Marta Azucena Vazquez, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> Republic of Argentina, <br><br> Defendant - Appellee, <br><br> Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc., BBVA Securities Inc., <br><br> Defendants. | Docket No. 16-667 |
| Maximo Dorra, Olga De Dorra Dorra, Raul Rennella, Sandra Elizabeth Schuler, Angel Emilio Molinos, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> The Republic of Argentina, <br><br> Defendant - Appellee | Docket No. 16-668 |
| NML Capital, Ltd., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> The Republic of Argentina, <br><br> Defendant - Appellee, <br><br> Banco Bilbao Vizcaya Argentaria, S.A., <br><br> Third-Party-Defendant, <br><br> BBVA Compass Bancshares, Inc., BBVA Securities Inc., <br><br> Defendants. | Docket No. 16-669 |

8

| | |
|---|---|
| Tortus Capital Master Fund, LP,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-670 |
| NML Capital, Ltd.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-671 |
| Ana Zemborain Zemborain, Miguel Angel Beloqui,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee, | Docket No. 16-672 |
| Horacio Guibelalde, Marta Mabel Folgado,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-673 |
| Arag-A Limited, Arag-O Limited, Arag-V Limited, Arag-T Limited,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-674 |

| | |
|---|---|
| Graziano Adami, <br><br> Plaintiffs - Appellants, <br><br> Giovanni Botti, Claudio Mori, Silvia Regoli, <br><br> Plaintiffs, <br><br> v. <br><br> Republic of Argentina, <br><br> Defendant - Appellee. | Docket No. 16-675 |
| Johnnie Erving, Frances Erving, Lisa Chamberlin Engelhardt, on behalf of themselves and all others similarly situated, John Clarizia, on behalf of themselves and all others similarly situated, Gerald Coulthurst, on behalf of themselves and all others similarly situated, Enrique Dominguez, on behalf of themselves and all others similarly situated, <br><br> Plaintiff - Appellants <br><br> v. <br><br> Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, Assurant, Inc., American Security Insurance Company, Saxon Mortgage Services, Inc., Morgan Stanley, <br><br> Defendant - Appellees, <br><br> and <br><br> Standard Insurance Company, <br><br> Defendant. | Docket No. 16-676 |
| Trinity Investments Limited, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> Republic of Argentina, <br><br> Defendant - Appellee | Docket No. 16-677 |

10

| | |
|---|---|
| Egar Ramon Lambertini, Ana Doratelli, Scoggin Capital Management II LLC, Juana Bonaiuti, Scoggin International Fund Ltd., Scoggin WorldWide Fund Ltd., Tito Siena, <br><br>Plaintiffs - Appellants, <br><br>v. <br><br>Republic of Argentina, <br><br>Defendant - Appellee | Docket No. 16-678 |
| MCHA Holdings, LLC, <br><br>Plaintiff - Appellant, <br><br>v. <br><br>Republic of Argentina, <br><br>Defendant - Appellee. | Docket No. 16-681 |
| MCHA Holdings, LLC, <br><br>Plaintiff - Appellant, <br><br>v. <br><br>Republic of Argentina, <br><br>Defendant - Appellee. | Docket No. 16-682 |
| MCHA Holdings, LLC, <br><br>Plaintiff - Appellant, <br><br>v. <br><br>Republic of Argentina, <br><br>Defendant - Appellee. | Docket No. 16-683 |

11

| | |
|---|---|
| Attestor Master Value Fund LP, Plaintiff - Appellant, v. Republic of Argentina, Defendant - Appellee. | Docket No. 16-684 |
| Armando Ruben Fazzolari, Julio Roberto Perez, Plaintiffs - Appellants, v. The Republic of Argentina, Defendant - Appellee. | Docket No. 16-685 |
| MCHA Holdings, LLC, Plaintiff - Appellant, v. Republic of Argentina, Defendant - Appellee. | Docket No. 16-686 |
| Trinity Investments Limited, Plaintiff - Appellant, v. Republic of Argentina, Defendant - Appellee. | Docket No. 16-687 |

| | |
|---|---|
| White Hawthorne, LLC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-688 |
| Jose Pedro Angulo, Pedro Timoteo Angulo, Fernando Crostelli, Juan Carlos Crostelli, Martina Crostelli, Viviana Crostelli, Patricio Hansen, Claren Corporation,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-689 |
| Bybrook Capital Master Fund LP, Bybrook Capital Hazelton Master, Fund LP,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-690 |

13

| | |
|---|---|
| Bybrook Capital Master Fund LP, Bybrook Capital Hazelton Master Fund LP,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-691 |
| Andrarex, Ltd.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-694 |
| Trinity Investments Limited,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-695 |
| Claridae Ltd, Maria Del Pilar De We Ferrer,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-696 |

| | |
|---|---|
| Trinity Investments Limited,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>The Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-697 |
| Stonehill Institutional Partners, LP, Stonehill Master Fund Ltd.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>Republic of Argentina,<br><br>Defendant - Appellee. | Docket No. 16-698 |

_____

     Defendant-Appellee Republic of Argentina moves for consolidation of the above-captioned appeals and for expedited briefing and consideration of the appeals. Plaintiffs-Appellants filed a partial opposition to the motion.

     IT IS HEREBY ORDERED that the request for consolidation is GRANTED. IT IS FURTHER ORDERED that the motion to expedite is GRANTED to the following extent: Appellants' principal briefs are due March 14, 2016; Appellee's opposition brief is due March 21, 2016; Appellants' reply briefs are due March 25, 2016. The date on which these appeals will be argued will be determined at a later time.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court

