# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Aurelius Capital Master, Ltd., et al v. Republic of Argentina  **Docket No.:** 16-628-cv (L)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Daniel Slifkin

**Firm:** Cravath, Swaine & Moore LLP

**Address:** 825 Eighth Avenue, New York, NY 10019

**Telephone:** (212) 474-1000  **Fax:** (212) 474-3700

**E-mail:** dslifkin@cravath.com

**Appearance for:** Republic of Argentina
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Damaris Hernandez / Cravath, Swaine & Moore LLP )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/16/2015  OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Daniel Slifkin

**Type or Print Name:** Daniel Slifkin