# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of April, two thousand sixteen,

Present:
      Pierre N. Leval,
      Christopher F. Droney,
        *Circuit Judges,*
      Paul A. Engelmayer*,
        *District Judge.*

_____

| | |
|---|---|
| Aurelius Capital Master, Ltd., et al., | **ORDER** |
|     Plaintiff-Appellant, | Docket Nos. 16-628(L), 16-639(con), 16-640(con), 16-641(con), 16-642(con), 16-643(con), 16-644(con), 16-649(con), |
| v. | 16-650(con), 16-651(con), 16-653(con), 16-657(con), 16-658(con), 16-659(con), |
| Republic of Argentina, | 16-660(con), 16-661(con), 16-664(con), 16-665(con), 16-666(con), 16-667(con), |
|     Defendant-Appellee. | 16-668 (con), 16-669(con), 16-671(con), 16-672(con), 16-673(con), 16-674(con), 16-677(con), 16-678(con), 16-681(con), 16-682(con), 16-683(con), 16-684(con), 16-685(con), 16-686(con), 16-687(con), 16-688(con), 16-689(con), 16-690(con), 16-691(con), 16-694(con), 16-695(con), 16-696(con), 16-697(con), 16-698(con) |

      On April 13, 2016, the Court heard oral argument in this consolidated expedited appeal taken from an order of the district court entered March 2, 2016.

      IT IS HEREBY ORDERED that the order of the district court is affirmed. A further order will follow in due course.

For the Court:

Catherine O'Hagan Wolfe
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Paul A. Engelmayer, District Judge, Southern District of New York, sitting by designation.