| | | |
|---|---|---|
| NEW YORK | **DuaneMorris** | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | ANTHONY J. COSTANTINI | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1032 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 212 202 4715 | CHERRY HILL |
| SHANGHAI | *E-MAIL:* AJCostantini@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

April 14, 2016

**BY HAND & ECF**
Clerk of the Court
United States Court of Appeals for the
Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Aurelis Capital Master v. Argentina 16-628*

Dear Sir/Madam:

      We are writing to request a copy of the CD of the hearing held on April 13, 2016. Enclosed is our check in the amount of $30.00 representing the fee. Thank you.

                              Very truly yours,

                              Anthony J. Costantini

AJC/amc
Enclosure